United States District Court
for the
Eastern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>Plaintiff<br><br>v.<br><br>ALLEN T. SWEZEY, ELIZABETH SWEZEY<br><br>Defendant(s) | Civil Action No. 20-cv-91<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. §7.1, Plaintiff U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, certifies as follows:

1. Plaintiff, U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT is a wholly-owned subsidiary of U.S. Bank N.A.

2. U.S. Bank N.A. is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly traded company.

Dated: October 18, 2019
      Westbury, New York

By: */NJB/*
Nicholas J. Bebirian, Esq.
Gross Polowy, LLC
Attorneys for Plaintiff
900 Merchants Concourse, Suite 201
Westbury, NY 11590
Tel.: (716)204-1700

1